NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERIOR OPTICAL LABS, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**PDS CONSULTANTS, INC.,**
*Defendant-Appellant*

---

2021-1696

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01497-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

ROBERT JOSEPH SNECKENBERG, Crowell & Moring LLP, Washington, DC, argued for plaintiff-appellee.  Also represented by RINA MULUNESH GASHAW, JOHN EDWARD MCCARTHY, JR.

DAVID S. GALLACHER, Sheppard Mullin Richter & Hampton LLP, Washington, DC, argued for defendant-

appellant.  Also represented by DANIEL JESUS ALVARADO, ADAM BARTOLANZO, EMILY SUSAN THERIAULT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LINN and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 9, 2021 | /s/ Peter R. Marksteiner |
| DATE | Peter R. Marksteiner |
| | Clerk of Court |